# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-2235

———————————————

KENNETH L. GRIMSLEY,

Petitioner,

v.

RICKY DIXON, Secretary, Florida
Department of Corrections,

Respondent.

———————————————

Petition for Writ of Mandamus—Original Proceedings.

January 2, 2026

PER CURIAM.

DISMISSED.

ROWE, RAY, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Kenneth L. Grimsley, pro se, Petitioner.

No appearance for Respondent.